# CLIFTON BUDD & DEMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

November 1, 2021

**VIA ELECTRONIC FILING**

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/21
```

**MEMO ENDORSED**

Re:   *Juan Mejia Dalmau v. 1084 NY Ave LLC et al.*
      Civil Action No. 1:21-cv-4407(MKV)(BCM)

Dear Judge Moses:

I represent the Defendant Liberty Place Property Management ("Liberty Place"). Pursuant to Your Honor's Individual Practices, I write on behalf of all parties to respectfully request an adjournment of the Settlement Conference scheduled for November 8, 2021. This is Liberty Place's first such request.

The reason for this request is that Liberty Place only just appeared in the action as of October 14, 2021, and counsel for Liberty Place is still receiving and reviewing materials from the client and the parties. Therefore, we do not believe that we would be able to participate meaningfully in the Settlement Conference as presently scheduled. All parties believe an extension of time would be beneficial to the settlement proceedings as to allow for sufficient preparation for a productive Settlement Conference. The parties propose November 29, November 30, and December 1 for the adjourned Settlement Conference. This request does not affect any other scheduled dates or deadlines.

Thank you for the Court's courtesies in considering this request.

Respectfully submitted,
*Attorneys for Defendants*
CLIFTON BUDD & DEMARIA, LLP

By:   /s/        Arthur Robb
The Empire State Building
350 Fifth Avenue, Suite 6110
New York, New York 10118
Telephone:   (212) 687-7410

---

Application GRANTED. The November 8, 2021 conference is ADJOURNED to **December 1, 2021 at 2:15 p.m.** SO ORDERED.

_____
Barbara Moses
Untied States Magistrate Judge
November 2, 2021