```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEJIA DALMAU,

                Plaintiff,

-against-

1084 NY AVE. LLC, IRIS HOLDINGS GROUP NY LLC, LIBERTY PLACE PROPERTY MANAGEMENT LLC, MARC BLUMENFRUCHT, and SHAY HART a/k/a Shaya Hirtz,

                Defendants.

1:21-cv-4407-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of a joint letter from the parties requesting an extension of the fact discovery deadline from December 17, 2021 to March 1, 2022 and an adjournment of the status conference set for November 23, 2021 at 11:00 AM.  The parties request the extension because Liberty Place appeared in the action on October 14, 2021 and is still receiving and reviewing materials from the client and the parties.  Further, counsel for 1084 NY Ave LLC has been dealing with personal and health issues for the past few weeks, rendering him unable to participate meaningfully in the matter.  Notwithstanding these issues, the parties advise the Court that they have exchanged discovery requests, made discovery productions, and noticed depositions to be taken in the coming months.

       IT IS HEREBY ORDERED that the parties request is DENIED in part and GRANTED in part.  The fact discovery deadline will be extended from December 17, 2021 to January 31, 2022.  Absent exceptional circumstances, the Court will not extend the fact discovery deadline.

IT IS FURTHER ORDERED that the status conference scheduled for November 23, 2021 at 11:00 AM is ADJOURNED to December 7, 2021 at 2:00 PM.

Any application to modify or extend the fact discovery deadline shall be made in a written application in accordance with paragraph 2(G) of the Court's Individual Practice Rules and shall be made no less than three (3) days prior to the expiration of the date sought to be extended.

**SO ORDERED.**

**Date:  November 16, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**