```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEJIA DALMAU,

                Plaintiff,

-against-

1084 NY AVE. LLC, IRIS HOLDINGS GROUP NY LLC, LIBERTY PLACE PROPERTY MANAGEMENT LLC, MARC BLUMENFRUCHT, and SHAY HART a/k/a Shaya Hirtz,

                Defendants.

1:21-cv-4407-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Because of a conflict in the Court's schedule, the status conference scheduled for December 7, 2021 at 2:00 PM is ADJOURNED to December 7, 2021 at 10:00 AM.

**SO ORDERED.**

Date:  **November 22, 2021**
        **New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
United States District Judge