USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/1/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEJIA DALMAU,

                Plaintiff,

        -against-

1084 NY AVE. LLC, IRIS HOLDINGS GROUP NY
LLC, LIBERTY PLACE PROPERTY
MANAGEMENT LLC, MARC BLUMENFRUCHT,
and SHAY HART a/k/a Shaya Hirtz,

                Defendants.

1:21-cv-4407-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      There is a status conference in this matter scheduled for December 7, 2021 at 10:00 AM. Pursuant to the Case Management Plan, one week before the status conference the parties were to submit a joint letter regarding the status of the case.  The Court has not received this letter and admonishes the parties to comply with the Court's orders and to adhere to the Court's Individual Rules.  Failure to do so may result in sanctions.

      IT IS HEREBY ORDERED that the parties shall submit a joint letter on or before December 15, 2021.  That letter should include (1) the status **(not substance)** of settlement discussions; (2) a brief description of the discovery undertaken and if there are any discovery disputes that have arisen between the parties; and (3) any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

      IT IS FURTHER ORDERED that the status conference scheduled for December 7, 2021 at 10:00 AM is ADJOURNED to February 8, 2022 at 11:30 AM.  That conference shall serve as a Post-Discovery Conference.

**One week before the Post-Discovery Conference, the parties shall submit a joint letter regarding the status of the case.**   The letter should include the following information in separate paragraphs:

a. a statement of any existing deadlines, due dates, and/or cut-off dates;

b. a brief description of any outstanding motions;

c. a brief description of the discovery undertaken and if either party believes any additional discovery that needs to be completed, the reason why the discovery has not been undertaken;

d. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

e. a statement of the anticipated length of trial and whether the case is to be tried to a jury;

f. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (*see* Individual Practice Rules ¶4(A)(i));

g. any other issue that the parties would like to address at the conference; and

h. any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

If no Summary Judgment motion is anticipated, the post-discovery conference will serve as a pre-trial conference. Parties should be prepared to discuss scheduling of trial and all pre-trial matters.

**SO ORDERED.**

Date:  **December 1, 2021**
       **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**