USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN MEJIA DALMAU,<br><br>      Plaintiff,<br><br>  -against-<br><br>1084 NY AVE. LLC, IRIS HOLDINGS GROUP NY LLC, LIBERTY PLACE PROPERTY MANAGEMENT LLC, MARC BLUMENFRUCHT, and SHAY HART a/k/a Shaya Hirtz,<br><br>      Defendants. | 1:21-cv-4407-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of a signed form from the parties consenting to a magistrate judge's consideration of a Joint Motion for Settlement Approval. However, there is currently no Joint Motion for Settlement Approval filed on the docket.

  IT IS HEREBY ORDERED that the parties shall file their Joint Motion for Settlement Approval on or before February 10, 2022.

**SO ORDERED.**

Date: **February 8, 2022**
   **New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**