JEREMI L. CHYLINSKI
JCHYLINSKI@GRSM.COM



**MEMO ENDORSED**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NEW YORK 10007
PHONE: (917) 650-0050
FAX: (973) 377-1911

March 9, 2022

<u>VIA ECF</u>

Hon. Barbara Moses
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
Courtroom: 20A
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/22

Re:   <u>Juan Mejia Dalmau v. 1084 NY Ave LLC, et al.</u>
      Civil Action No.: 1:21-CV-4407

Dear Judge Moses:

    This firm represent Defendants 1084 NY Ave LLC, Iris Holdings Group NY LLC, Marc Blumenfrucht, and Shaya Hirtz in the above-referenced matter. I write to respectfully request a brief adjournment to the March 10, 2022 discovery conference. The reason for this request is as follows. On February 17, 2022, I had an operation to repair an issue with my left main coronary artery. I am still recovering from that operation and have not yet returned to the office. I am currently planning to return early next week. Defendants, therefore, respectfully request a one-week adjournment to the March 10, 2022 conference to allow counsel to return to work in earnest and meaningfully respond to Plaintiff's letter.

    This is the first request for an adjournment. Counsel was unable to reach Plaintiff's counsel to obtain consent for this request.

    Thank you for your attention to this matter.

Respectfully submitted,

GORDON & REES

/s/ Jeremi L. Chylinski

Jeremi L. Chylinski, Esq.

---

Application GRANTED. The March 10 conference is ADJOURNED to **March 17, 2022, at 12:00 noon**. At that time, the parties should dial (888) 557-8511 and enter the access code 7746387. Defendants' responding letter must be filed no later than **March 14, 2022**. Plaintiff may file a reply letter no later than **noon on March 16, 2022**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 9, 2022