USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEJIA DALMAU,

            Plaintiff,

-against-

1084 NY AVE. LLC, IRIS HOLDINGS GROUP NY LLC, LIBERTY PLACE PROPERTY MANAGEMENT LLC, MARC BLUMENFRUCHT, and SHAY HART a/k/a Shaya Hirtz,

            Defendants.

1:21-cv-4407 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Fairness Hearing scheduled for May 31, 2022, at 10:30 AM will be held in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date: April 20, 2022**
**New York, NY**

                          _____
                          **MARY KAY VYSKOCIL**
                          **United States District Judge**