USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEJIA DALMAU,

                Plaintiff,

-against-

1084 NY AVE. LLC, IRIS HOLDINGS GROUP NY LLC, LIBERTY PLACE PROPERTY MANAGEMENT LLC, MARC BLUMENFRUCHT, and SHAY HART a/k/a Shaya Hirtz,

                Defendants.

1:21-cv-4407 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Because of a conflict in the Court's calendar, the Fairness Hearing scheduled for May 31, 2022 at 10:30 AM is ADJOURNED to May 31, 2022 at 2:30 PM.

**SO ORDERED.**

Date:  April 21, 2022
         New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**