

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN MEJIA DALMAU,

        Plaintiff,

-against-

1084 NY AVE LLC, et al.,

        Defendants.

21-CV-4407 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a scheduling conflict, the telephonic settlement conference previously scheduled for July 13, 2022, at 2:15 p.m. is ADJOURNED to **July 14, 2022, at 11:00 a.m.**

Dated: New York, New York
       July 6, 2022

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**